UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:12-cr-7-FtM-29DNF

ROBERT RUSSELL MATCOVICH
_____

**OPINION AND ORDER**

On May 7, 2012, United States Magistrate Judge Douglas N. Frazier submitted a Report and Recommendation (Doc. #36) to the Court recommending that Defendant's Motion to Suppress Statements (Doc. #22) be denied. Defendant's Objections to Report and Recommendations (Doc. #42) were filed on May 25, 2012.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). See also United States v. Farias-Gonzalez, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994). A district court may not reject the credibility

determinations of a magistrate judge without personally rehearing disputed testimony from the witness. Powell, 628 F.3d at 1256-58.

The issue in this case is whether defendant was in "custody" for the purposes of Miranda v. Arizona, 384 U.S. 436 (1966) and the Fifth Amendment to the United States Constitution at the time he made statements to law enforcement officers. The magistrate judge found defendant was not in "custody" at that time. After reviewing the Report and Recommendation and the transcript of the evidentiary hearing, as well as the motion to suppress and defendant's objections, the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge. Accordingly, the Court will adopt the Report and Recommendation and will deny the motion to suppress statements.

Accordingly, it is now

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. #36) is **accepted and adopted,** and it is specifically incorporated into this Opinion and Order.

2. Defendant's Motion to Suppress Statements (Doc. #22) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___11th___ day of June, 2012.

_____
JOHN E. STEELE
United States District Judge

Copies:
U.S. Magistrate Judge
Counsel of Record
DCCD